IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID RUTHERFORD and <br> JANE RUTHERFORD ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) Civil Action No. 3-11-cv-00889 <br> v. ) JURY DEMAND <br> ) <br> ) <br> MIDWEST TRANSPORT, INC., and ) <br> DONNIE WEBB ) JUDGE TRAUGER <br> ) <br> Defendants. ) | |

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel hereon, that all matters in controversy between Plaintiffs, David Rutherford and Jane Rutherford, and Defendants, Donnie Webb, Midwest Transport, Inc., and State Farm Mutual Automobile Insurance Company, have been compromised and settled, it is therefore:

**ORDERED, ADJUDGED** and **DECREED** that the action of Plaintiffs, David Rutherford and Jane Rutherford, against Defendants Donnie Webb, Midwest Transport, Inc., and State Farm Mutual Automobile Insurance Company, be **DISMISSED WITH PREJUDICE**. All court costs are to be paid by Defendants, Donnie Webb and Midwest Transport, Inc., for which execution may issue, if necessary. Each party is responsible for their own discretionary costs.

_____
                                                      **JUDGE**

Approved for entry:


/S/ MARSHALL T. COOK_____
**MARSHALL T. COOK, ESQ. (#20028)**
**BONE McCALLESTER NORTON, PLLC**
131 Saundersville Road, Suite 130
Parkside Plaza One
Hendersonville, TN 37075
(615) 780-7975 (Telephone)
(615) 780-7979 (Facsimile)
mcook@bonelaw.com
*Counsel for David Rutherford and Jane Rutherford*


/S/ JONATHAN COLE_____
**JONATHAN COLE (#16632)**
**BAKER, DONELSON, BEARMAN,**
     **CALDWELL & BERKOWITZ, P.C.**
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5600 (Telephone)
(615) 744-5600 (Facsimile)
jcole@bakerdonelson.com
*Counsel for Midwest Transport, Inc. and Donnie Webb*


/s/William G. McCaskill, Jr._____
William G. McCaskill, Jr. (#012716)
**LeVAN, SPRADER, PATTON & McCASKILL**
150 Fourth Avenue North, Suite 1020
Nashville, TN  37219
(615) 843-0300
(615) 843-0310 (fax)
*Attorney for Unnamed Defendant*
*State Farm Mutual Automobile Insurance Company*

2